UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                          Case No. 17-MC-51420

vs.

                          HON. GEORGE CARAM STEEH

HAROON UR RASHID,

        Defendant.
_____/

ORDER GRANTING PETITIONER'S MOTION
FOR THE RETURN OF PROPERTY [DOC. 2]

This matter has come before the court on petitioner Haroon Ur Rashid's motion for the return of property pursuant to Federal Rule of Criminal Procedure 41(g). Petitioner was arrested and convicted for a violation of 18 U.S.C. § 1349, and was sentenced on December 16, 2015 to a term of imprisonment of 57 months with a consecutive term of supervised release. Specifically, petitioner seeks the return of his United States of America passport, his Pakistani passport, and his passport card. The government has informed the court that the Pretrial Services Agency and the Probation Department return American passports to the Department of State and foreign passports to Immigration and Customs Enforcement ("ICE"). The government has no objection to the return of the

passports to the defendant. Now, therefore,

IT IS HEREBY ORDERED that petitioner's motion for the return of property is GRANTED.

IT IS HEREBY FURTHER ORDERED that the Pretrial Services Agency and the Probation Department shall return any of petitioner's passports that they hold to petitioner.

It is so ordered.

Dated: January 4, 2018

                                       s/George Caram Steeh
                                       GEORGE CARAM STEEH
                                       UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 4, 2018, by electronic and/or ordinary mail and also on Haroon Ur Rashid #49521-039, Allenwood Low, Federal Correctional Institution, Inmate Mail/Parcels, P.O. Box 1000, White Deer, PA 17887.

s/Barbara Radke
Deputy Clerk